ROBERT R. BRYAN, Calif. Bar No. 079450
Law Offices of Robert R. Bryan
2088 Union Street,
San Francisco, California 94123-4117
Telephone:    (415) 292-2400
Facsimile:    (415) 292-4878
E-mail: Bryanlawsf@aol.com

Attorney for Appellant,
TERRY D. BEMORE

IN THE SUPREME COURT OF THE STATE OF CALIFORNIA

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, | ) ) ) | Case No. S012762 |
| Plaintiff and Respondent, | ) ) | **NOTICE OF CHANGE OF ADDRESS** |
| vs. | ) ) | |
| TERRY D. BEMORE, | ) ) | *Automatic Appeal/Death Penalty* |
| Defendant and Appellant. | ) ) ) | |

TO:    HONORABLE RONALD M. GEORGE, CHIEF JUSTICE, AND THE ASSOCIATE
JUSTICES

COMES ROBERT R. BRYAN, counsel for Appellant, who submits this notice of change

of address, effective immediately:

Robert R. Bryan
Law Offices of Robert R. Bryan
2088 Union Street
San Francisco, CA 94123-4117

Dated:  February 22, 2002

Respectfully submitted,

ROBERT R. BRYAN
Attorney for Appellant

## PROOF OF SERVICE BY MAIL

I declare that I am over 18 years of age, not a party to the within cause; my business address is 2088 Union Street, San Francisco, California 94123-4117.  I have served a copy of the attached

## NOTICE OF CHANGE OF ADDRESS

by placing a copy of same in the United States Mail, postage pre-paid and properly addressed, to:

Garrett Beaumont, Esq.
Supervising Deputy Attorney General
110 West A Street, Suite 1100
P.O. Box 85266
San Diego, California 92186-5266

Aundré M. Herron, Esq.
California Appellate Project
One Ecker Place, Suite 400
San Francisco, California 94105

Jeannier Woodford, Warden
San Quentin State Prison
San Quentin, California 94964

Terry D. Bemore (Appellant)
P.O. Box E-36301
San Quentin State Prison
San Quentin, California 94974

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the 22nd day of February, 2002, at San Francisco, California.