# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY DOUGLAS BEMORE,<br><br>　　　　　　　　　　Petitioner,<br><br>vs.<br><br>ROBERT L. AYERS, JR., Warden of<br>San Quentin State Prison,<br><br>　　　　　　　　　　Respondent. | CASE NO. 08cv0311 LAB (LSP)<br><br>*DEATH PENALTY CASE*<br><br>**ORDER ON WAIVER** |

Pursuant to the March 28, 2008 *ex parte* appointment conference with Attorney Robert R. Bryan, the Court requests written confirmation from Petitioner Terry Bemore confirming his waiver of any conflict potentially arising from the continued representation of state habeas counsel Robert R. Bryan in the instant federal habeas proceedings.

Upon receipt of Petitioner's waiver and consent to representation, Robert R. Bryan shall be appointed Lead Counsel for the federal habeas proceedings.

The Clerk of Court shall serve notice on all parties to this action.

**IT IS SO ORDERED.**

DATED: March 28, 2008

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

- 1 -　　　　　　　　　　08cv0311