# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY DOUGLAS BEMORE,<br><br>　　　　　　　　　　Petitioner,<br>vs.<br>ROBERT L. AYERS, JR., Warden of San Quentin State Prison,<br><br>　　　　　　　　　　Respondent. | CASE NO. 08cv0311 LAB (LSP)<br><br>*DEATH PENALTY CASE*<br><br>**WAIVER OF CONFLICT** |

　　　I declare my support for the appointment of Robert R. Bryan to represent me in habeas proceedings in this Court. I have discussed and understand the potential conflict with counsel, and I waive any potential issues of conflict that may arise as a result of Mr. Bryan's representation of me during both the state and federal habeas proceedings in this case.

Dated: 4-4-08　　　　　　　　　　　　　　　_/s/ Terry Bemore_
　　　　　　　　　　　　　　　　　　　　　　　　Defendant

# DECLARATION OF SERVICE BY MAIL

I declare that I am over 18 years of age, not a party to the within cause; my business address is Law Offices of Robert R. Bryan, 2088 Union Street, San Francisco, California 94123-4117. Today I have served a copy of the attached

**Waiver of Conflict**

electronically or by placing a copy of same in the United States Mail, postage pre-paid and properly addressed, to:

| | |
|---|---|
| Garrett Beaumont, Esq.<br>Deputy Attorney General<br>110 West "A" Street, Suite 1100<br>P.O. Box 85266-5299<br>San Diego, CA 92186-5266 | Michael G. Millman, Esq.<br>Executive Director<br>California Appellate Project<br>101 Second Street, Suite 600<br>San Francisco, CA 94105 |
| Terry D. Bemore (Petitioner)<br>P.O. Box No. E-36301<br>San Quentin State Prison<br>San Quentin, CA 94974 | Jessica Harry, Esq.<br>Death Penalty Law Clerk<br>U.S. District Court, Southern Distric<br>880 Front Street, Suite 4290<br>San Diego, California 92101-8900 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the 4th day of April, 2008, at San Francisco, California.

ROBERT R. BRYAN

08cv0311