# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY DOUGHLAS BEMORE, ) | Case No. 08CV311 LAB (LSP) |
| ) | |
| Petitioner,) | |
| ) | |
| v. ) | **ORDER APPOINTING LEAD COUNSEL** |
| ) | ~~[Proposed]~~ |
| ROBERT L. AYERS, JR., Warden of San Quentin ) | |
| State Prison, ) | |
| ) | |
| Respondent) | DEATH PENALTY CASE |
| ) | |

Good cause having been shown,

**IT IS ORDERED** that Robert R. Bryan is hereby appointed as lead counsel on behalf of Petitioner, Terry Douglas Bemore, deemed effective *nunc pro tunc* as of January 10, 2008.

**IT IS SO ORDERED.**

DATED: April 7, 2008

_____
**Honorable Larry Alan Burns**
United States District Judge