# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY DOUGLAS BEMORE,<br><br>Petitioner,<br><br>vs.<br><br>ROBERT L. AYERS, JR., Warden of San Quentin State Prison,<br><br>Respondent. | CASE NO. 08cv0311-LAB (LSP)<br><br>*DEATH PENALTY CASE*<br><br>**ORDER TO SCHEDULE *EX PARTE* STATUS AND PHASE I BUDGET CONFERENCE** |

By Order entered April 9, 2008, the court appointed Robert R. Bryan, Esq. as lead counsel on behalf of petitioner. **IT IS HEREBY ORDERED** Mr. Bryan shall contact the undersigned District Judge's chambers to schedule a telephonic *ex parte* conference during the week of May 5, 2008 for the purpose of discussing guidelines and deadlines associated with the submission of the Phase I budget in this death penalty case, as well as counsel's progress in securing an associate counsel.

**IT IS SO ORDERED.**

DATED: April 22, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

08cv0311