# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>Case</u>: Bemore v. Ayers                           <u>Case No</u>: 08cv0311-LAB (LSP)

<u>HON. Larry A. Burns</u>          <u>CT. DEPUTY</u>                    <u>Rptr.</u>

                                  <u>Present</u>

<u>Petitioner(s)</u>:      No appearance.

<u>Respondent(s)</u>:     No appearance.

An *ex parte* telephonic status conference has been scheduled for Friday, **May 9, 2008 at 11:00 a.m.** for purposes of discussing with appointed counsel, Robert R. Bryan, Esq., the Phase I budget in this death penalty case as well as counsel's progress toward securing an associate counsel. Mr. Bryan shall place the telephone call to chambers on that date and time: ((619) 557-5874.

DATED:  April 25, 2008                              INITIALS:  <u>RLW</u> Law Clerk