## MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

<u>Case</u>: Bemore v. Ayers　　　　　　　　　　<u>Case No</u>: 08cv0311-LAB (LSP)

<u>HON.</u> Larry A. Burns　　　　　<u>CT. DEPUTY</u>　　　　　　<u>Rptr.</u>

　　　　　　　　　　　　　　<u>Present</u>

<u>Petitioner(s)</u>:　　No appearance.

<u>Respondent(s)</u>:　　No appearance.

Due to a scheduling conflict, the *ex parte* telephonic status conference scheduled for Friday, May 9, 2008 at 11:00 a.m. to discuss with appointed counsel, Robert R. Bryan, Esq., the Phase I budget in this death penalty case as well as counsel's progress toward securing an associate counsel, is continued to **May 9, 2008 at 1:45 p.m.** Mr. Bryan shall place the telephone call to chambers at that later time: (619) 557-5874.

DATED: May 8, 2008　　　　　　　　　　　　　　　INITIALS: <u>RLW</u> Law Clerk

### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

<u>Case</u>: Bemore v. Ayers                                        <u>Case No</u>: 08cv0311-LAB (LSP)

<u>HON. Larry A. Burns</u>           <u>CT. DEPUTY</u>                    <u>Rptr.</u>

                                <u>Present</u>

<u>Petitioner(s)</u>:      No appearance.

<u>Respondent(s)</u>:     No appearance.


Due to a scheduling conflict, the *ex parte* telephonic status conference scheduled for Friday, May 9, 2008 at 11:00 a.m. to discuss with appointed counsel, Robert R. Bryan, Esq., the Phase I budget in this death penalty case as well as counsel's progress toward securing an associate counsel, is continued to **May 9, 2008 at 1:45 p.m.**  Mr. Bryan shall place the telephone call to chambers at that later time:  (619) 557-5874.


DATED:  May 8, 2008                                  INITIALS:  <u>RLW</u> Law Clerk

## MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

<u>Case</u>: Bemore v. Ayers                                    <u>Case No</u>: 08cv0311-LAB (LSP)

<u>HON. Larry A. Burns</u>            <u>CT. DEPUTY</u>                <u>Rptr.</u>

                                <u>Present</u>

<u>Petitioner(s)</u>:     No appearance.

<u>Respondent(s)</u>:    No appearance.


Due to a scheduling conflict, the *ex parte* telephonic status conference scheduled for Friday, May 9, 2008 at 11:00 a.m. to discuss with appointed counsel, Robert R. Bryan, Esq., the Phase I budget in this death penalty case as well as counsel's progress toward securing an associate counsel, is continued to **May 9, 2008 at 1:45 p.m.**  Mr. Bryan shall place the telephone call to chambers at that later time:  (619) 557-5874.


DATED:  May 8, 2008                                          INITIALS:  <u>RLW</u> Law Clerk