# Minutes of the United States District Court
## Southern District of California
### MAY 9, 2008

FOR THE HONORABLE   **LARRY ALAN BURNS**   DISTRICT JUDGE
DEPUTY CLERK: **T. WASHAM**   COURT REPORTER:   **EVA OEMICK**

---

08CV311-LAB(LSP)

BEMORE V. AYERS

ROBERT BRYAN
KURT HERMANSEN

---

TELEPHONIC STATUS CONFERENCE HELD.  COURT TO ISSUE ORDER.  FURTHER STATUS CONFERENCE SET FOR 5/23/08 AT 12:15 P.M. BEFORE THE HONORABLE LARRY ALAN BURNS.