# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY DOUGLAS BEMORE,<br><br>                Petitioner,<br><br>vs.<br><br><br>ROBERT L. AYERS, JR., Warden of San Quentin State Prison,<br><br>                Respondent. | CASE NO. 08cv0311 LAB (LSP)<br><br>*DEATH PENALTY CASE*<br><br>**ORDER SETTING DEADLINES FOR SUBMISSION OF PHASE I BUDGET PROPOSAL** |

On May 9, 2008, the court held an *ex parte* telephonic status conference with counsel for Petitioner to discuss his progress in securing second counsel and to engage in a preliminary budgeting discussion.   The conference was on the record, but under seal.  As a result of this status conference and pursuant to Local Rules HC.3(d)(1), the Court appoints Kurt D. Hermansen as second counsel on the above-titled case.

Court personnel have distributed to counsel the electronic Excel forms to be used in their budget proposal and counsel are ordered to submit their proposed Phase I budget to the court on or before **Wednesday, May 21, 2008**.  The court will hold a second telephonic *ex parte* conference to discuss and rule on the proposed budget on **Friday May 23, 2008 at 12:15 p.m.**.  Mr. Bryan shall initiate the call to the chambers of the undersigned District Judge with Mr. Hermansen also on the line.

    **IT IS SO ORDERED.**

DATED:  May 15, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge