# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>Case</u>: Bemore v. Ayers  <u>Case No</u>: 08cv0311-LAB (LSP)

<u>HON. Larry A. Burns</u>   <u>CT. DEPUTY</u>   <u>Rptr.</u>

<u>Present</u>

<u>Petitioner(s)</u>:   No appearance.

<u>Respondent(s)</u>:   No appearance.

The telephonic budget hearing in this matter presently scheduled for Friday, May 23, 2008 at 12:15 p.m. is reset for 9:30 a.m. on the same day.  Local co-counsel may personally appear.

DATED:  May 20, 2008                                            INITIALS:  <u>RLW</u> Law Clerk