### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

<u>Case</u>: Bemore v. Ayers                                         <u>Case No</u>: 08cv0311-LAB (LSP)

<u>HON.</u> Larry A. Burns              <u>CT. DEPUTY</u>              <u>Rptr.</u>

<u>Present</u>

<u>Petitioner(s)</u>:        Robert R. Bryan, Esq.
                         Kurt D. Hermansen, Esq.

<u>Respondent(s)</u>:       No appearance.


On May 23, 2008, the court convened a second Phase I budget hearing in this death penalty habeas action. Mr. Bryan appeared telephonically. Mr. Hermansen personally appeared. A third Phase I budget hearing has been calendared for ***May 29, 2008 at 12:15 p.m.*** at which time a new attorney declaration and revised budget proposal will be discussed.


DATED:  May 23, 2008                                        INITIALS:  <u>RLW</u> Law Clerk