## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>Case</u>: Bemore v. Ayers                                  <u>Case No</u>: 08cv0311-LAB (LSP)

<u>HON.</u> Larry A. Burns            <u>CT. DEPUTY</u>                <u>Rptr.</u>

                          <u>Present</u>

Petitioner(s):       Robert R. Bryan, Esq.
                     Kurt D. Hermansen, Esq.

Respondent(s):       No appearance.


On May 29, 2008, the court convened a third Phase I budget hearing in this death penalty habeas action. Mr. Bryan appeared telephonically. Mr. Hermansen personally appeared. A revised budget proposal and procedural issues were discussed.


DATED: May 29, 2008                                   INITIALS: <u>RLW</u> Law Clerk