UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY DOUGLAS BEMORE,<br><br>Petitioner,<br><br>vs.<br><br>ROBERT L. AYERS, JR., Warden of San Quentin State Prison,<br><br>Respondent. | CASE NO. 08cv0311 LAB (LSP)<br><br>*DEATH PENALTY CASE*<br><br>**ORDER SCHEDULING PHASE II CMC; SETTING DEADLINE FOR SUBMISSION OF PHASE II BUDGET PROPOSAL** |

The Court will hold a Phase II Case Management Conference (CMC) on September 2, 2008 at 11:15 a.m. with both parties to discuss deadlines relating to the filing of the petition and potential exhaustion/stay and abeyance pleadings, in addition to a deadline for lodgment of the record. Immediately following the CMC, the Court will hold an *ex parte* conference to discuss and rule on Petitioner's proposed budget. Counsel for Petitioner are ordered to submit a Phase II Budget proposal to the Court on or before August 22, 2008.

**IT IS SO ORDERED.**

DATED: August 1, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

08cv0311