Robert Russell Bryan, Cal. Bar No. 79450
**Lead Counsel**
2088 Union Street, Suite 4
San Francisco, CA 94123
Telephone:   (415) 292-2400
Facsimile:   (415) 292-4873
RobertRBryan@aol.com

Kurt David Hermansen, Cal. Bar No. 166349
**Second Counsel**
110 West C Street, Suite 1810
San Diego, California  92101-3909
Telephone:   (619) 236-8300
Facsimile:   (619) 236-8400
Cellular:    (619) 436-8117
KDH@KurtDavidHermansen.com

Attorneys for Petitioner
TERRY D. BEMORE

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| TERRY D. BEMORE, | Case No.  08cv0311-LAB |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | **MOTION TO ALLOW SECOND COUNSEL TO WITHDRAW** |
| ROBERT L. AYERS, JR. | |
| Respondent. | |

I.   **STATEMENT OF FACTS AND REQUEST FOR RELIEF**

     1.   This Court appointed lead counsel on April 9, 2008, and appointed second counsel on May 9, 2008.

     2.   Lead counsel has decades of capital litigation experience and has represented Mr. Bemore for many years in the California Supreme Court.

       3.     Lead counsel is intimately familiar with Mr. Bemore's case; second counsel is not.

       4.     Mr. Bemore will not be prejudiced by second counsel's withdrawal.

       5.     Mr. Bemore has requested that second counsel withdraw from further representation in this case.

       6.     Even though it is not appropriate for counsel to reveal confidential information, he can state that there has been a breakdown in the attorney-client relationship. Thus, in the interest of justice second counsel should be permitted to withdraw.

       7.     Second counsel wishes to honor Mr. Bemore's request that second counsel be relieved.

       8.     Lead counsel has indicated he does <u>not</u> oppose second counsel's withdrawal and authorizes immediate filing of this motion.

A proposed order allowing second counsel to withdraw is being submitted directly to the court via efile_burns@casd.uscourts.gov.

## II.   CONCLUSION

Based on the foregoing, the undersigned respectfully requests the Court order that second counsel be allowed to withdraw and be relieved from further representation of Mr. Bemore.

Dated: *August 13, 2008*                             *s/Kurt David Hermansen*

                                                         Attorney for Defendant
                                           Email: KDH@KurtDavidHermansen.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY D. BEMORE,<br><br>          Petitioner,<br>v.<br><br>ROBERT L. AYERS, JR.<br><br>          Respondent. | Case No. 08cv0331-LAB<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, KURT DAVID HERMANSEN, am a citizen of the United States and am at least eighteen years of age. My business address is 110 West C Street, Suite 1810, San Diego, California 92101.

I have caused service of **APPLICATION TO ALLOW SECOND COUNSEL TO WITHDRAW**.

The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following email addresses:

**Attorney General**
docketingsdawt@doj.ca.gov

**Robert Russell Bryan**
RobertRBryan@aol.com

**Kurt David Hermansen**
KDH@KurtDavidHermansen.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: *August 13, 2008*     *s/Kurt David Hermansen*

                                                                  Attorney for Defendant
                                        Email: KDH@KurtDavidHermansen.com