```
Law Office of Kurt David Hermansen
Kurt David Hermansen, Cal. Bar No. 166349
110 West C Street, Suite 1810
San Diego, California  92101-3909
Telephone:    (619) 236-8300
Facsimile:    (619) 236-8400
Cellular:     (619) 436-8117
KDH@Kurt David Hermansen.com
Attorney for Petitioner
TERRY D.  BEMORE
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

_____

| | |
|---|---|
| TERRY D. BEMORE, | Case No. 08cv0311 LAB |
| Petitioner, | |
| v. | **NOTICE OF CHANGE OF ADDRESS AND FAX NUMBER OF ATTORNEY KURT DAVID HERMANSEN EFFECTIVE SEPTEMBER 1, 2008** |
| ROBERT L. AYERS, Jr., | |
| Respondent. | |

_____

To the Clerk of this Court and all parties of record:

I hereby give notice that on September 1, 2008, my address will change to:

Law Office of Kurt David Hermansen

110 West C Street, **Suite 1903**

San Diego, California 92101

Also, my fax number will change to **(619) 794-2263**.

                                                               Respectfully submitted,

Executed on: <u>August 16, 2008</u>                *s/Kurt David Hermansen*

                                                              Attorney for Defendant
                                       Email:  KDH@KurtDavidHermansen.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY D. BEMORE,           )<br>                                      )<br>               Petitioner,  )<br>        v.                          )<br>                                      )<br>ROBERT L. AYERS, Jr.,    )<br>                                      )<br>               Respondent. ) | Case No. 08cv0311 LAB<br><br><br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, KURT DAVID HERMANSEN, am a citizen of the United States and am at least eighteen years of age. My business address is 110 West C Street, Suite 1810, San Diego, California 92101.

I have caused service of **NOTICE OF CHANGE OF ADDRESS AND FAX NUMBER OF ATTORNEY KURT DAVID HERMANSEN EFFECTIVE SEPTEMBER 1, 2008**.

The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following email addresses:

**Kurt David Hermansen**
KDH@KurtDavidHermansen.com

**Attorney General**
docketingsdawt@doj.ca.gov

**Robert Russell Bryan**
RobertRBryan@aol.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _August 16, 2008_                    s/*Kurt David Hermansen*
                                                                          Attorney for Defendant
                                                                Email: KDH@KurtDavidHermansen.com