UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY D. BEMORE,<br><br>    Petitioner,<br><br>v.<br><br>ROBERT L. AYERS, JR.<br><br>    Respondent. | Case No. 08cv0311-LAB<br><br>**ORDER GRANTING MOTION FOR WITHDRAWAL OF SECOND COUNSEL**<br><br>[Dkt No. 22] |

Good cause appearing, the Court hereby grants Mr. Bemore's motion for the withdrawal of second counsel and **ORDERS** that second counsel is hereby relieved from further representation of Mr. Bemore in this case.

**IT IS SO ORDERED.**

DATED: August 17, 2008

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge