1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY BEMORE,<br><br>        Petitioner,<br><br> vs.<br><br><br>ROBERT L. AYERS, JR., Warden of the<br>San Quentin State Prison,<br><br>        Respondent. | CASE NO. 08cv0311 LAB (LSP)<br><br>*DEATH PENALTY CASE*<br><br>**ORDER GRANTING MOTION FOR STAY OF EXECUTION OF DEATH SENTENCE** |

On August 6, 2008, Petitioner Terry Bemore filed a Motion for Stay of Execution of Death Sentence with this Court in order to prepare the Petition for Writ of Habeas Corpus. Pursuant to Local Rule HC.3(g)(3), and upon Petitioner's specification of non-frivolous issues to be raised in the federal petition and his subsequent showing of good cause, **IT IS HEREBY ORDERED** the execution of Petitioner's sentence of death, and all court and other proceedings related to the execution of that sentence, including preparation for execution and the setting of an execution date, are stayed until ***Monday, January 12, 2009***.

 **IT IS SO ORDERED.**

DATED:  August 17, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge