# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY D. BEMORE, ) | Case No. 08CV0311-LAB (LSP) |
| ) | |
| Petitioner, ) | |
| v. ) | **ORDER APPOINTING ZANDRA L. LOPEZ** |
| ) | **AS SECOND COUNSEL** |
| ROBERT L. AYERS, JR., Warden of ) | [Proposed] |
| California State Prison at San Quentin, ) | |
| ) | |
| Respondent. ) | *Death Penalty Case* |
| _____ ) | |

Upon the request of Petitioner, and good cause having been shown,

**IT IS ORDERED** that Zandra L. Lopez (Calif. Bar No. 216567), is hereby appointed as second counsel on behalf of Petitioner, Terry Douglas Bemore, deemed effective *nunc pro tunc* as of August 19, 2008.

**IT IS SO ORDERED**.

DATED: August 29, 2008

_____
**Honorable Larry Alan Burns**
United States District Judge

SUBMITTED BY:

_____
Robert R. Bryan
Law Offices of Robert R. Bryan
2088 Union Street, Suite 4
San Francisco, California 94123-4117

Lead counsel for Petitioner,
TERRY D. BEMORE