UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY DOUGLAS BEMORE,<br><br>             Petitioner,<br><br>vs.<br><br>KEVIN CHAPPELL, Acting Warden of San Quentin State Prison,<br><br>             Respondent. | CASE NO. 08cv0311 LAB (WVG)<br><br>*DEATH PENALTY CASE*<br><br>**FINAL ORDER:**<br><br>**(1) DENYING PETITION FOR WRIT OF HABEAS CORPUS; AND**<br><br>**(2) ISSUING CERTIFICATE OF APPEALABILITY** |

For the reasons discussed in the Court's March 22, 2011 Order (see Doc. No. 88) and the Court's September 20, 2012 Order (see Doc. No. 123) the Petition for Writ of Habeas Corpus is **DENIED** as to all claims. The Court **ISSUES** a Certificate of Appealability ["COA"] on Claims 1-2, 6-8, 10, 14-15, 18, 20, 27-28, 30-31, 36, and 38 and **DENIES** a COA on Claims 3-5, 9, 11-13, 16-17, 19, 21-26, 29, 32-34, and 37. See 28 U.S.C. § 2253(c); Slack v. McDaniel, 529 U.S. 473, 484 (2000); (see also Doc. No. 88 at 81, Doc. No. 123 at 118.)

The Clerk is **ORDERED** to enter Judgment for Respondent and close Case No. 08-cv-0311.

**IT IS SO ORDERED.**

DATED: September 25, 2012

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

- 1 -                                                                 08cv0311